UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



MARIAN HASSENFRATZ,

　　　　　　　　　　　Plaintiff,

-v-

COMPREHENSIVE HEALTH SERVICES, INC.,

　　　　　　　　　　　Defendant.

No. 09 Civ. 4707 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

　　The Court is in receipt of Plaintiff's June 23, 2009 letter, which requests, with Defendant's consent, an adjournment of the previously scheduled June 25, 2009 conference in this matter. Plaintiff's letter indicates that the adjournment is requested in order to permit the parties to continue to engage in ongoing settlement discussions. Accordingly, the request is granted, and the Court adopts the following revised schedule:

> Should this matter not be resolved beforehand, the parties shall jointly submit the materials called for by the Court's June 5, 2009 Order by July 23, 2009. (Doc. No. 3.)
>
> The Court will conduct the initial conference in this matter, if necessary, on July 30, 2009 at 12:00 p.m.

SO ORDERED.

DATED:　　June 24, 2009
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　RICHARD J. SULLIVAN
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE